**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 369 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished Order** of the |
| v. | : | Superior Court at No. 496 MDA |
| | : | 2020 entered on June 8, 2020, |
| | : | **quashing** the Order of the Luzerne |
| AMY BURKE, | : | County Court of Common Pleas at |
| | : | No. CP-40-CR-0004059-2019 |
| Petitioner | : | entered on March 10, 2020 |

## ORDER

**PER CURIAM**                                   **DECIDED: September 28, 2020**

**AND NOW**, this 28th day of September, 2020, the Petition for Allowance of Appeal is GRANTED, and the Order of the Superior Court is VACATED. The matter is remanded to the Superior Court for consideration in light of *Commonwealth v. McClelland,* ___ A.3d. ___, 2020 WL 4092109 (Pa. July 21, 2020).